Entered on Docket
October 25, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**TIFFANY & BOSCO, P.A.**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Attorney for Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities Corporation, Mortgage Pass-Through Certificates, Series 2007-14
11-73362

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re:<br><br>Patrick B. Beebe and Irene V. Beebe<br><br><br>Debtors. | Bk Case No.: 11-21582-lbr<br><br>Date: 10/14/11<br>Time: 10:30 am<br><br>Chapter 7 |
|---|---|

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is vacated and extinguished for all purposes as to Secured Creditor HSBC Bank USA, National Association as Trustee for Wells Fargo Asset Securities

///

///

///

1 Corporation, Mortgage Pass-Through Certificates, Series 2007-14, its assignees and/or successors in

2 interest, of the subject property, generally described as 1280 Morning Sun Way, Las Vegas, NV 89110.

3 IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall

4 give Debtors at least seven days' notice of the time, place and date of sale.

5 Submitted by:

6 TIFFANY & BOSCO, P.A.

7 By: /s/ *illegible* #10235

8 Gregory L. Wilde, Esq.
Attorney for Secured Creditor

9

APPROVED / DISAPPROVED

10

11 By:_____
Michael J. Harker

12 Attorney for Debtor(s)

13 APPROVED / DISAPPROVED

14 By:_____
Joseph B. Atkins

15 Chapter 7 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

___ The court has waived the requirements set forth in LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

___ approved the form of this order          ___ disapproved the form of this order

___ waived the right to review the order and/or   _X_ failed to respond to the document

___ appeared at the hearing, waived the right to review the order

___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

___ approved the form of this order          ___ disapproved the form of this order

___ waived the right to review the order and/or   _X_ failed to respond to the document

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor